967 A.2d 842

IN THE MATTER OF ROBERT J. DE MERS,
JR., AN ATTORNEY AT LAW.

February 26, 2009.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 08–164, concluding that **ROBERT J. DE MERS, JR.,** of **PATERSON,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.13(b) (a lawyer representing an organization shall proceed as reasonably necessary in the best interest of the organization, when the lawyer is aware that an officer, employee or other person associated with the organization is engaged in action that is a violation of the law), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ROBERT J. DE MERS, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.